UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HECTOR GUTIERREZ ORTIZ,

        Petitioner,

v.                                  Case No. 3:25-cv-1386-MMH-MCR

KRISTI NOEM, et al.,

        Respondents.
_____

## ORDER

On December 17, 2025, the Court granted in part and denied without prejudice in part Petitioner Hector Gutierrez Ortiz's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and ordered Respondents to either provide him with a bond hearing or release him from custody by December 24, 2025. See Order (Doc. 14). The Court further ordered Gutierrez to file a notice by December 29, 2025, advising of the status of his detention. See id. To date, Gutierrez has not done so. Nevertheless, the U.S. Immigration and Customs Enforcement website reflects that Gutierrez is no longer in

custody.[1] As there are no further proceedings to be had in this case, the Court will direct the Clerk of Court to close this case.

Accordingly, it is

**ORDERED**:

The **Clerk of Court** shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of January, 2026.

MARCIA MORALES HOWARD
United States District Judge

JAX-3 1/5
c:
Counsel of Record

---

[1] See Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at https://locator.ice.gov/odls/#/search (last visited Jan. 5, 2026).

2